# United States District Court
# Western District of North Carolina
# Asheville Division

| Corey Jarvis, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff(s), | ) | 1:19-cv-00341-DSC |
| vs. | ) | |
| Andrew M. Saul, Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 18, 2020 Order.

May 18, 2020

Frank G. Johns, Clerk
United States District Court